170 So.2d 511

**Milburn E. POWERS et al.**

**v.**

**MOTORS SECURITIES COMPANY, Inc.**

No. 47577.

Jan. 21, 1965.

In re: Motors Securities Company, Inc. applying for certiorari, or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 168 So.2d 922.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

■

170 So.2d 511

**INTERNATIONAL UNION OF OPERATING ENGINEERS, HOISTING & PORTABLE LOCAL 406, AFL–CIO,**

**v.**

**GUY SCROGGINS, INC.**

No. 47575.

Jan. 21, 1965.

In re: Guy Scroggins, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 168 So.2d 724.

Writ refused. There is no error of law in the judgment of the Court of Appeal